

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joshua Thomas Johnson,

No. 11-24-00128-CV

Alicia Anette Johnson,

\* From the 16th District Court
of Denton County,
Trial Court No. 22-4834-16.

\* July 3, 2025

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed.